# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

## STATEMENT OF LOCAL MOTION MN, LLC REGARDING CORPORATE OWNERSHIP

---

The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name:   None.

Address: _____

Name:   _____

Address: _____

This Statement is Valid for ninety (90) days from execution unless the ownership changes, at which time a new Statement will be executed and filed.

Dated: June 3, 2022

X _____
Signature of Authorized Individual For
Local Motion MN, LLC

  Mitch Rittenhouse
Print name

  Chief Financial Officer
Title