## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 21-31539 (KAC) |
| Local Motion MN, LLC, | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| Local Motion MN, LLC, | Adversary Case. No. 22-03006 (KAC) |
| Plaintiff, | |
| v. | |
| David Seeley, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, incorporated into this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the parties to this case, David Seeley, pro se and Local Motion MN, LLC through its undersigned counsel, hereby agree that this adversary case may be dismissed with prejudice, with each party to bear its own costs, in accordance with the approved stipulation at doc 154 in the main case.

*Pursuant to Local Rule 9011-4(f), the party filing this stipulation has obtained permission to affix the electronic signature of the other signatory appearing on this document.*

Respectfully submitted,

Dated: April 19, 2023

**By:** */e/ Patti J. Sullivan*
Patti J. Sullivan (#170124)
Trustee in Bankruptcy
1595 Selby Avenue, Suite 205
St. Paul, MN 55104
651-699-4825 (o) / 651-699-4831  (fax)
patti@pattisullivan.com

*Appoint Trustee of Chapter 7 Estate*

**SAPIENTIA LAW GROUP PLLC**

Dated: April 19, 2023

By: */e/ Kenneth C. Edstrom*
Kenneth C. Edstrom (#148696)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Office: 612.756.7108
Fax: 612.756.7101
kene@sapientialaw.com

*Attorneys for David Seeley*

**LAMEY LAW FIRM, P.A.**

Dated: April 19, 2023

By: */e/ John D. Lamey III*
John D. Lamey III (#0312009)
980 Inwood Avenue North
Oakdale, MN 55128
jlamey@lameylaw.com
Telephone: (651) 209-3550
Facsimile: (651) 789-2179

*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

Local Motion MN, LLC,

      Debtor.

Bankruptcy Case No. 21-31539 (KAC)

Chapter 11

---

Local Motion MN, LLC,

      Plaintiff,

v.

David Seeley,

      Defendant.

Adversary Case. No. 22-03006 (KAC)

---

## PROPOSED ORDER

---

Based upon the stipulation of the parties, the Court, for good cause shown, hereby orders as follows:

**IT IS HEREBY ORDERED:**

1.     This adversary case is **DISMISSED** with prejudice.

DATED:                       _____

                                  Katherine A. Constantine
                                  Chief United States Bankruptcy Judge